IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LISA ANN UEKMAN                                                         PLAINTIFF

v.                              4:21-cv-01083-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                  DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

SO ORDERED this 21st day of July, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE