### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LISA ANN UEKMAN                                                            PLAINTIFF

v.                                        4:21-cv-01083-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                           DEFENDANT

### JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and

Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is

dismissed with prejudice.

SO ORDERED this 21st day of July, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE